**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO. 24-CR-30071-MGM |
| | ) |
| DANIEL TOCCI | ) |

**MOTION TO CONTINUE RELEASE STATUS PENDING SENTENCING**

Now comes the Defendant, Mr. Daniel Tocci, who respectfully moves that this Honorable Court allow him to remain out of custody while he awaits his sentencing hearing.

In support of this request, the Defendant states that he intends to plead guilty to a one-count information charging Possession of Child Pornography.  It is the Defendant's position that this offense is not a crime of violence and the Court can rely on 18 U.S.C. § 3143(a)(1) to find that there is clear and convincing evidence that Mr. Tocci is not a risk of flight or danger to the community. For example, in *United States v. Boesse*, No. 08-10232-MLW, then-Chief Judge Wolf permitted continued release after a guilty plea and eventual self-surrender in a child pornography case over the government's objection, *inter alia*, due to the "essentially nonintuitive meaning to 'crime of violence'" under the relevant statutes and defendant's compliance with release conditions.  DE 51 at 34 (Tr. 12/10/09); DE 44 at 2 (self-surrender terms of judgment).

If the Court finds that this offense does qualify for detention pursuant to 18 U.S.C. § 3142(a)(2) and (b)(2), Mr. Tocci meets the requirements for 'exceptional circumstances' that would warrant his continued release pending the conclusion of this matter. Alternatively, the Court could choose to defer acceptance of the plea agreement.

Mr. Tocci was originally charged and released in a slightly related matter on released in November of 2023 (23-MJ-3197), with conditions. That matter was dismissed in February of 2025. While that matter was pending, Mr. Tocci was compliant with his conditions of release. He was made aware of the investigation underlying this case nearly two years ago and remained in compliance with his release conditions.

During the pendency of this case, he has continued to reside at the same location and has had the same job. We attach letters from his father, his employer and his landlady, who are incredibly supportive of him.

We believe that 18 U.S.C. § 3145(c) modifies § 3143 in a manner that allows the court to permit an individual to self-report under these circumstances. § 3145(c) states: "A person subject to detention pursuant to section 3143(a)(2) or (b)(2), and who meets the conditions of release set forth in section 3143(a)(1) or (b)(1), *may be ordered released, under appropriate conditions, by the judicial officer, if it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate*."

There is support in our District for permitting continued release in similar cases. In *United States v. Pires*, No. 08-cr-10063-RWZ, Judge Zobel permitted continued release and self- surrender over the government's objection after a jury's guilty verdict in a child pornography case. *See* DE 110 at 2 (Judgment permitting self-surrender); *see also United States v. Rita*, No. 12-cr-10045-MLW, DE 53 at 2 (Judgment permitting self-surrender for supervised release revocation in child pornography case); *United States v. Spring*, No. 14-cr-10303-RGS, DE 96 at 2 (Judgment permitting self-surrender in child pornography case); *United States v. Andre*, No. 13-cr-10267-DPW, DE 35 at 2 (Judgment permitting self-surrender in

child pornography case); *United States v. Richardson*, No. 12-cr-10209-JLT, DE 49 (Judgment permitting self-surrender in child pornography case).

For these reasons we respectfully request that Mr. Tocci be permitted to remain in the community while he awaits sentencing.

Respectfully submitted,

DANIEL TOCCI
By his Attorney

Respectfully submitted,

*/s/ Jessica Thrall*
Jessica Thrall,
 B.B.O.: 670412
Assistant Federal Public Defender
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 15, 2025.

*/s/ Jessica Thrall*
Jessica Thrall

3