Peter L. Tocci




Sept. 14, 2025

The Honorable Judge Mastroianni

Re: Character Reference for Daniel L. Tocci

Dear Judge Mastroianni,

My name is Peter Tocci. I own and operate a successful manufacturing business in Burlington, MA. I am writing this letter to provide a character reference for my son, Daniel Tocci.    I have known him for his entire life and it is from this perspective that I can speak to his character, integrity and values.

Throughout his life Daniel has consistently demonstrated a strong work ethic and responsibility. I have watched him mature into a compassionate and respectful individual. He has always shown a dedication to his family, friends and community, and he takes his commitments seriously. He is the kind of person who will go out of his way to help others.

As a Boy Scout Daniel served at various times as the troop's quartermaster, medic, patrol leader, and worked his way up to the rank of Life Scout. He taught valuable skills to younger scouts and participated in numerous community service projects. He also volunteered for the special olympics through a program at our church. He puts away shopping carts that aren't his and often picks up litter he finds. Once while backpacking in the woods he climbed partway down a cliff face to remove a piece of trash.    These and other experiences are examples that have shown me his capacity for good and his fundamental decency.

I understand that the court must consider the circumstances that have brought him here today. However, I want to emphasize that the act that led to this situation is not representative of the person I know and love. I believe in my son's ability to learn from this experience and to move forward as a more conscientious individual. He is most certainly remorseful for his actions.

Thank you for your time and consideration in this matter. I am confident that if given the opportunity, Daniel will continue to contribute positively to his community.

Sincerely,

Peter L. Tocci, Father of Daniel