*"If someone is able to show me that what I think or do is not right, I will happily change, for I seek the truth, by which no one was ever harmed. It is the person who continues in his self-deception and ignorance who is harmed."*
        -Marcus Aurelius

Dear Judge Mastroianni,

Thank you for reading and carefully considering this letter, which I realize may consume a great amount of your valuable time. I have full confidence in my counsel to prove, not only as a matter of opinion but also factually, that although I did commit the crime, it is not a defining feature of my character. The prosecution has already, and likely will continue, to make sweeping, generalizing judgments about my character based on infinitesimal parts of my life, with many materials taken out of context and assigned meaning I never intended and significance that is not my own. They may know what I did, but they do not know me. Therefore I cannot fault them for taking such an attitude, but I am behooved, not merely for my own sake but for the noble cause of the truth, to write to you in an effort to express some of what *is* true about my character. My intent in this writing is not to excuse nor trivialize my actions, only to explain what I realize many people may find mysterious, even baffling: How a person of sound mind and consistent morals can commit such a crime as I have, and why the court can rest assured that I will not repeat that horrible misdeed.

I want to start with the impact that my crime has had on the victims. The first thing that struck me about the victims' statements was the sheer quantity of them. I always knew on some level that the victims existed somewhere, but I hardly ever thought of them as anything besides images on a screen. To know that I affected so many people in any way, let alone such a profound way, is jarring. I did not understand how simply looking at a picture of someone who I never met, never intended to contact, and knew absolutely nothing about, could affect them at all, let alone in such a terrible way. I understand this now and I am thoroughly ashamed.

One thing that really stood out to me is how the mother of "Audrey" told her she's a hero, because her pictures make bad people go to jail. Am I a bad person? This is a question I have asked myself many times, including long before I was arrested. Conventional wisdom in our civilization is, simply, bad people must and do go to jail. Yet, in this pod, full of people so bad they have to be kept separate from other inmates, lest murderers, armed robbers and fentanyl peddlers squash them like an insect out of a sense of moral obligation, I have found more genuine kindness, generosity, respect and understanding than almost anywhere else I've been. My experiences in jail have firmly convinced me that there are no bad people, only bad decisions. True, some people may be more inclined than others to repeat their bad decisions, or even compound them into worse ones. Is there something wrong with them? Is there something wrong with me?

My search for answers led me to the mental health services here at Wyatt. Sure enough, they told me there is something wrong with me: I have something called complicated grief. They said it's when you suffer something extremely distressing, like the loss of a loved one, and you're still unable to get over it a long time after. How did I get this way? What can I do about it, and more importantly, what have I done about it? I know the answers, but they are indeed complicated. In hours of conversation with the experts in this facility, I feel I was barely able to tell a fraction of it. I ask that you please bear with me as I try to express as much of it as I can within the rigid confines of ink and paper.

I was born in the town of Concord, Massachusetts, a place I have always been proud to call home. I have fond memories of passing by the Old North Bridge every day on the way to school. I am

especially proud to hail from the town where the British advance during the Battle of Lexington and Concord halted and quickly turned to a rout, as one of the American patriots in that battle was my seventh great grandfather, Joseph Putnam.

My parents named me Daniel, after one of my father's friends. The literal meaning of my name in Hebrew is "God is my judge". This is a fact that weighs heavily on my mind every day. My middle name, Louis, has been passed down for generations along my patrilineal line, stemming ultimately from my third great grandfather, Luigi Tocci; Louis being the English analog of Luigi. This name has been born in my family by a succession of successful businessmen, talented engineers and a veteran of the Second World War, and I am deeply ashamed to have besmirched it through my actions.

When I was very young I was diagnosed with Asperger's syndrome. I'm not sure if I was four or five, but I know it was before I could tie my own shoes. I would describe the experience of having Asperger's as kind of like being a foreigner in one's own country. You may have a fairly good grasp of the language, but certain slang words and colloquialisms go over your head, and when you speak, it comes out slow and overly deliberate, sometimes with odd intonation, and people may think you have an accent. You may have a general understanding of the culture and customs, but the exactly proper things to do and say in every situation never came naturally to you, and you can recall countless times when you offended someone without meaning to, or accidentally made an ass of yourself. Most of all, for some reason you can't quite place, you just never seem to fit in.

My youth was, in a word, complicated. Materially speaking it was, with some rough spots, overall quite comfortable, but far from always joyful. It was abundant in care and opportunity in some ways, terrifying and deprived in others. My sisters, Alaina and Lauren, are about as close to me in age as can be, but emotionally, couldn't be more distant. To say we never got along would be a drastic understatement. I bear two scars inflicted by them. One is on my right forearm, where Alaina jammed her thumbnail into my arm. The other is on my left index finger, from when I barely managed to parry a shovel that Lauren swung at my head. The physical violence mostly subsided by the time we were teenagers, but they continued to harass me in other ways, such as taking my things and hiding them, screaming "No!" when I asked my parents a question, kicking my shoes and backpack all over the house and intentionally scratching the disks of my favorite video games. I never heard an apology for any of it, not even one of those compulsory apologies that adults force children to make. My parents occasionally punished *me* for these incidents. Usually, they did absolutely nothing.

When I was young, I had, as an apparent consequence of my Asperger's, what may be called a noticeable lack of social acumen. In attempt to fix this, my mother constantly bounced me around between social skills groups. Though I'm certain this was done with the best of intentions, I found it to be a massive waste of time, an opinion that has only hardened with hindsight. To put it bluntly, if you're a socially stunted kid, you don't learn a whole lot about social skills from hanging out with other socially stunted kids. Some of these kids had to be taught how to talk in coherent sentences and not laugh uncontrollably at phrases they made up and repeated ad nauseam, like "stay on turkey". Others were intelligent and thoughtful, but talked too literally and matter-of-factly for most social settings. The groups, especially the ones I spent the most time in, mostly consisted of eating snacks and playing board games with these kids, while a therapist coached the former faction on their behavior, sometimes with a little help from the latter faction and I. At times I seemed to be giving more therapy than I was receiving. I have hardly ever felt like I belonged where I was, these groups were no exception.

I never much enjoyed school, but I endured it because I felt I had no choice. High school was tough, to say the least. All my friends from middle school had either forsaken me or gone to different schools, and I struggled to make new ones. I have spent most of my life alone, but that was the first time I felt truly lonely. Due to the limitations of my IEP, I was not allowed to take electives. While other kids were taking economics, political science, art classes and other things that keenly interested me, I was trapped in tutorials with nothing to do but count the cracks in the wall. I had an "aide" shadowing me everywhere from class to class, and if I didn't seem like a weirdo already, that clinched it. I got called "retarded" on a regular basis. No soul ever told me whose decisions shaped my IEP or what their reasoning was. I only knew that I wanted nothing from them but to be treated like all the other kids. As always, my protests fell on deaf ears. Academically I fared alright, getting As and Bs without really trying; but since school felt like a pointless chore at best, I never felt a budge to really try at all. It is only with years of hindsight that I realized that, instead of being a good student, I could have been an excellent student, that more perfect grades could have opened up more scholarships and opportunities after high school. I understand, though, that I wasn't thinking about that, I was only concerned with leaving high school behind. I had very little idea of what I wanted to do for a career. I knew I wanted a college degree, but I saw it almost entirely as an object of social value; that you need one for people to take you seriously, and that's about all it's good for. I wish I could do it over, knowing everything I know now. I'd say that about quite a bit of my life.

When I got to college, I began to feel for the first time what I felt was some semblance of control over my life. Yet, while I very much enjoyed college life overall, I was still plagued with underlying emotional difficulties, and over time they were increasingly reflected in my grades. After three years in college, these difficulties built up to a tipping point, and I made the decision to take some time off from school and find my feet. It was around this time that I met a woman unlike any I met before or since. Her name was Colleen McHugh. I met her at philosophy club at UMass. She rarely spoke up during meetings, but she enjoyed listening to the unconventional lectures and passionate debates, in which I was always among the first to throw my hat. Thanks to having a number of mutual friends, we saw each other frequently outside the club. She and I were not simply friends for any perceivable length of time. It seemed like only a split second before we were not only dating, but practically living together. It wasn't just a relationship. It was the only time in my life when I really felt satisfied. I loved her for who she was, and as far as I could tell, she loved me just the same.

Empowered by a completely novel feeling of belonging and acceptance, and newfound confidence, I worked hard at a couple of jobs and soon had enough money saved to resume college. I realized by that point that my major, linguistics, was not what I had thought it was, but I had taken enough classes in that subject already to earn a minor, so I switched to a subject I knew I would not tire of, military history (The PSR states that I received a degree in "interdisciplinary studies", this is because I enrolled in a program called University Without Walls, which allows one to combine different disciplines to create a major of one's choosing. I did this by designing a curriculum that combined ROTC classes with history and other humanities). These were without a doubt the best days of my life. My work-life-school balance was optimal; I made enough to live on without exhausting myself, I read my textbooks like thriller novels, I looked forward to going to class and even enjoyed writing essays, and best of all, I had a woman in my life who I wouldn't have traded for anything on Earth.

The laws of every country are reflective of the aggregate beliefs and values of the citizens. Even the most brutal totalitarian dictatorships are only able to enforce their laws because enough people acquiesce to give them legitimacy. As the court is aware, my criminal record was completely nonexistent until a couple of years ago. My lawful streak did not stem from any special reverence for the law, but from a personal morality that I tirelessly apply to every situation, and it generally functions

in concordance with society at large. I do not try to kill people I dislike, not because murder is illegal, but because I believe everyone has an inalienable right to life. I refrain from committing robberies, not because theft is illegal, but because I find the ability to own and be secure with one's own property is a fundamental necessity of civilization. I do not print my own money, not because counterfeiting is illegal, but because it devalues the currency and harms the economy, which is an injury to everyone in the country, and so on and so on.

Answering the question of what led me to deviate, in this one case, so starkly from common morality is difficult, as the answer is multilayered and multifaceted, far more complex and nuanced than the prosecution would have you believe, but no one is better equipped to this task than I. The chain of events began on the worst day of my life; that is to say, January 24th, 2019. I have never told anyone the full extent of how deeply the events of that day wounded me- not because I don't want to or because there's no one to listen, but because there is too much to tell. That evening, I received a phone call from Colleen, who by then was my girlfriend of four years. I expected a joyful conversation, but received word, with absolutely no warning, prior indication, "we need to talk" or any of that, not even much of a particular reason, that she was dumping me for someone else. She said she didn't want to lose my friendship. I asked why she couldn't just be friends with him. She never answered.

I repeat: It wasn't just a relationship. It was the only time in my life when I really felt satisfied. It took 20 years for me to find something that made my life worth living, and it vanished in a heartbeat, for no foreseeable reason. Far too often I tell people about this and they say something like, "Yeah, breakups can be tough". They think they understand, but they don't. How can they understand what I cannot describe? They only word I can muster is "ineffable". It is ineffable how much I loved her, and still do. It is ineffable to what lengths I would have gone to give her whatever she thought was lacking, if only, *if only* she told me there was something lacking before she threw me away like a pair of old shoes. It is ineffable how much it hurt. All I can say is that it summoned every bad emotion I can put a name to; anger, sadness, frustration, shame, embarrassment, disgust, physical sickness, confusion, and infinite others, all feeding off each other, growing in size and strength while I withered inside. The worst part (every part is the worst part, but this, I haven't ever been able to escape for a day) is that each day has been a day when she could set everything right, as easy as flipping a switch, and each day she decided not to.

My memory of the days and weeks following the worst day of my life is hazy. I remember it was about three weeks before I was able to eat again. In the meantime I was essentially bedridden. It was nothing but pure, raw survival instinct that got me up and moving again. I may have survived, but I wasn't living. People told me I had to just "move on". To where? No one ever spared me an answer. "There are plenty of fish in the sea", they said. I couldn't help but recall how many parts of the ocean are in danger of ecosystem collapse from overfishing. I didn't understand much of anything. Up was down, left was right. All I knew was that something was missing. The void was eating me inside like a ravenous parasite. I thought about killing myself every day. I didn't want to die. What I wanted was my girlfriend back. But dying didn't seem so bad. It seemed as though to continue living was a crime against myself. I felt like I deserved to die for being so foolish, so weak as to let this happen to me. The only thing that stopped me was my family. Imagining my parents, grandparents, aunts uncles, cousins and friends crying at my funeral was just enough to persuade me to put my gun down, keep driving straight on the highway, watch the freight train fly by without jumping in front of it.

I was no stranger to pornography before the worst day of my life, but in the aftermath, what had been an interest became an addiction. I felt a need to seek out more and more deviant material in a vain search of something as significant as what I had lost, in a desperate effort to fill the void. Reading the

victim statements in this case shifted my view of it greatly. It led me to understand how the viewing of child pornography causes continual harm to the victims, which I found especially relatable since the harm wrought by Colleen's actions is continuous. It constantly rekindles every bad emotion, it even makes me physically ill, to think that she is freely sharing the intimacy that was uniquely special to us with someone else, who will never dream to love her as much as I do. I do not mean to imply that the magnitude of the harm I suffer is the same, but the modality is exactly the same, and this forces me to relate. I too suffered from crippling insomnia for years. I too am wary of everyone and unwilling to trust people. I too am unable to fathom having a committed romantic relationship. I too have suffered a near total loss of self-worth. I too frequently have thoughts that make my stomach turn, memories that feel like a knife in my gut. I too have a wound that is ripped open afresh every day. The very last thing I ever wanted was to put someone else through anything like what I had been through, and to know that I have done just that is devastating to me. It is this realization that prompted me to begin this letter with a quote from Marcus Aurelius. I struggled for a long time trying to find words that would clearly and concisely express what I felt, but when I happened upon that quote in the course of my academic studies here at Wyatt, I knew in an instant that I had found them. I did come into harm through my own self-deception and ignorance, someone showed me that what I did was not right, and I happily changed.

I feel I should not have to mention the following, as it is tangential, but the trajectory of discussion in the courtroom has touched it and may lead back to it. I did possess a significant collection of images that, despite being legal and non-pornographic, were highly disturbing and disgusting. The court must be made aware that I categorically did not possess these images because I enjoyed them. In fact, I find them just as repulsive as anyone would. The true reason requires a lot of explanation, and I am aware that providing it might make me look worse, but the interest of truth behooves me to do so. For many years, I have used a website known popularly as 4chan on an almost daily basis. Many journalistic and academic articles on 4chan are written by people who have, at best, only a cursory familiarity with the site and its culture, thus their writings are, as a rule, fraught with misinterpretation and sometimes outright fallacy. It is as though every available article on steak were written by vegetarians. Therefore, I humbly ask you to please take my word for some of this. 4chan is notorious for its minimalistic moderation. For the most part, only content that is blatantly illegal or off-topic is removed. Hence, opinions and beliefs that are frowned upon elsewhere are tolerated on 4chan. This is the genesis of much criticism calling 4chan a "hotbed of white supremacist rhetoric" and things to that effect. In reality, users of all political stripes can and often do find a home on 4chan. Still, the controversial nature of much discussion on the site constantly lures in people with disruptive intentions, especially on the site's /pol/ board, which is dedicated to political discussion. One of the favorite methods of outside agitators to disrupt conversations on /pol/ is to start a new "thread" with pornography and spiteful slogans. Such attacks take place on a daily, if not hourly or even minutely basis. Although this is explicitly against the board's rules, it often takes the moderators a long time to remove these threads, and a coordinated attack can force ongoing discussions to a premature end and disrupt efforts to start new ones. A common practice for regular users is to flood these threads with disturbing and disgusting images, such as pictures of excrement and dead bodies, to discourage the agitators from continuing their efforts. If their account is thorough, the prosecution will mention that these images were compiled in a folder called "Countermeasures"; this is because I used them as countermeasures against malicious agitators on the site. It is for this purpose alone that I possessed the images. I only ever looked at them to ensure I wasn't posting the same ones over and over, as that was disallowed. I sometimes used Google images to fill the folder. This effort was the origin of most of the Google searches mentioned in the FBI report that refer to violence, and this is one of the things I was referring to when I said the prosecution has taken materials out of context.

The time I have spent in jail may seem brief compared the amount that the prosecution is seeking, but I can assure you, when you're locked up many miles away from your family, your friends and almost everything you enjoy, in a place designed from the ground up to be as uncomfortable and inconvenient as possible, the difference between a day, a week and a month is hard to tell. On that note, there is one reason, reigning above all, why I feel impelled not to repeat the misdeed that led me to my situation. Although being prosecuted and detained has been, to say the least, a very major inconvenience for me, my family has suffered far worse than I have. My parents are heartbroken, both by the shame of my offense and by my absence, and I struggle to forgive myself for letting them down. If I had no other reason, the pain I would inflict on them would be enough to dissuade me. I received a shocking reminder of my family's stake in this matter in October, when my grandmother was admitted to the hospital. It was nothing too serious, just a reaction to her medication, but it was sobering for me. My grandparents are in their eighties, and although they are in overall good health, I know their time is precious. If one of them were to pass away while I was incarcerated, it would tear me apart inside.

If there is any silver lining to being detained for so long, it is that one is granted copious time for self-reflection and self-improvement. I have dedicated myself to making the most of my time, and as I did on the outside, I resolve to conclude each day as a better person than I was when I awoke. Each day, even on days when I was too sick for physical exercise, I have set aside time for educational courses. I mostly chose courses that I believed would help improve my understanding of the law- not simply the law per se, but the principles of ethics, morality and jurisprudence that shape the law, so that in the future I can comport myself in more perfect compliance. I have also taken several behavioral health and recovery courses including Cognitive Behavioral Therapy and the Freedom Fight sex addiction course, which have already begun to help me manage my emotions in healthier ways. Other inmates often ask me while I'm smiling all the time. Usually, I just reply, "When does a bad attitude ever help anything?". The true answer is that, for the first time in years, I feel that I am in control of my emotions, that they no longer rule me. In that way, I am very much a different person from what I was when I was arrested.

In the time since I was arrested, both before and during my time in jail, I have also delved deeply into spiritual study. I have studied the Bible intensely, as well as a variety of other religious texts. I discovered that most if not all religions, however they may disagree, share at least one thread of truth: that the way to true happiness is to relinquish material desires and dedicate oneself to the Absolute. Jesus, in the Bible, told his followers to surrender everything they had to the church. Krishna, in the Bhagavad Gita, taught that all that which is material is illusory. Buddha taught that desire for material things is the cause of all suffering. Thanks to this, while I still see no end to the suffering brought on by the loss of Colleen and her continuous, ice-cold indifference, I have realized that the self which suffers is not my true self, that I can be at peace anytime, anywhere, because I dedicate my thoughts to God. I no longer seek satisfaction from material gains nor pleasures of the flesh, only the true satisfaction that comes from devotion. My spiritual development has coincided with a thorough improvement in my inner state. Even my insomnia hasn't been so bad lately; I find that simply praying for better sleep is surprisingly effective.

From my own experiences, courses I have taken while in jail and many conversations with other sex offenders, I have gained uncommon understanding of what factors lead otherwise perfectly good people to commit sex crimes, and I would detest to squander this insight. As soon as I am returned to freedom and security in the company of those who love me, I intend to start a project dedicated to informing and educating the public about the pathology of sex crimes, so that they can be prevented in a constructive and harmless way. I believe that this understanding must be promoted on a societal level, so that others who are in the position I was are not discouraged, as I was, to seek help for fear of unfair

judgment and societal consequences. It is to this end that I took classes on starting a nonprofit and principles of management over the past few months.

I wish I didn't have to write any of this. It would be easier if I could just open up my head and show you at a glance what's in my mind. If I could show you my innermost thoughts and feelings, there would be no need for long-winded explanations, nor any argument between my counsel and the prosecution over who understands me better. It would be clear to all, not just those who know me best, that I did not intend to harm anyone or to exacerbate anyone's existing harm. Everyone would understand that I have never enjoyed seeing other people suffer, and although I did watch children being abused, I gained no pleasure from that aspect of it. Most importantly, everyone would know that I am not the same person I once was and have nothing but loving and constructive intentions going forward.

Although I am asking for the sentence my counsel finds most reasonable, I realize that I am not merely asking for that, but also something much more significant. I am asking for your trust. I understand that after my release, I will be subject to probation; that is, an enforceable commitment to remain wholly lawful, and that if I should fail to hold myself to this standard, it may harm your reputation even worse than mine. In return for your trust, I can offer nothing but my word, but the credit of my word is unimpeachable. I do not make promises I cannot keep. I do promise to desist from my destructive behaviors and be the person that my country, my family and the Lord want me to be.

Respectfully,

Daniel L. Tocci